UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VIJAYAKUMAR MOSES, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 01-2528 (PLF) |
| v. | ) ) ) | |
| HOWARD UNIVERSITY HOSPITAL, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendant's motion for summary judgment [34] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that plaintiff's request to the Court to decide the case [39] is DENIED as moot; it is

FURTHER ORDERED that plaintiff's "motion to verdict (sic) the case" [40] is DENIED as moot; and it is

FURTHER ORDERED that a status conference is scheduled for March 13, 2007 at 9:30 a.m. in Courtroom 29A to discuss how the parties wish to proceed.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE: February 12, 2007        United States District Judge