UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
VIJAYAKUMAR MOSES,                 )
                                   )
          Plaintiff,               )    Civil Action No. 01-2528 (PLF)
                                   )
     v.                            )
                                   )
HOWARD UNIVERSITY HOSPITAL,        )
                                   )
          Defendant.               )
_____)

ORDER AND JUDGMENT

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that Defendant's Renewed Motion for Summary Judgment [60] is GRANTED; it is

FURTHER ORDERED that Plaintiff's Motion to Add Additional Plaintiff [86] is DENIED; it is

FURTHER ORDERED that Plaintiff's Request for Hearing [91] is DENIED; it is

FURTHER ORDERED that judgment is entered for defendant; and it is

FURTHER ORDERED that this case is dismissed from the docket of this Court.

This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 1, 2008